AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| KEVIN JOHNSON | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 0:26-cv-60423-PAB |
| NOVA SOUTHEASTERN UNIVERSITY, INC. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nova Southeastern University, Inc
PANZA, MAURER & MAYNARD, P.A.
2400 EAST COMMERCIAL BOULEVARD, SUITE 905
FORT LAUDERDALE, FL 33308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kevin Johnson, Pro Se
11436 NW 10th St.
Pembroke Pines, FL 33026
404-942-7654
Drkjohnson13@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 17, 2026

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court